UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:19-cv-1317-J-34JRK

DAVID POSCHMANN,

      Plaintiff,

v.

OCEANSIDE COTTAGES, LLC,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, by and through his undersigned counsel, hereby informs the Court that this action has been resolved

Dated: February 6, 2020

                              s/Drew M. Levitt
                              DREW M. LEVITT
                              drewmlevitt@gmail.com
                              Florida Bar No. 782246
                              LEE D. SARKIN, ESQ.
                              Lsarkin@aol.com
                              Florida Bar No. 962848
                              4700 N.W. Boca Raton Blvd., Ste. 302
                              Boca Raton, Florida 33431
                              Telephone (561) 994-6922
                              Attorneys for Plaintiff